IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:17-CR-370-D |
| VS. | § | |
| | § | |
| MATTHEW HAWRYLAK (3) and | § | |
| BRITT HAWRYLAK (4), | § | |
| | § | |
| Defendants. | § | |

## ORDER

The government's March 24, 2022 joint motion to continue sentencing deadlines is granted, and the sentencing hearings for these defendants are continued to Thursday, May 25, 2023 at 9:00 a.m. All other related deadlines are now due based on the new sentencing date.

**SO ORDERED**.

March 24, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE